FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

CURTIS ELUETT

CASE NO. 8:17 cr 173 T 17 JSS

18 U.S.C. § 1703(b)

## INFORMATION

The Acting United States Attorney charges:

### COUNT ONE

On or about February 5, 2016, in the Middle District of Florida, the defendant,

CURTIS ELUETT,

while being a Postal Service employee, did, without authority, open mail not directed to him.

In violation of 18 U.S.C. § 1703(b).

W. STEPHEN MULDROW
Acting United States Attorney

By: ______________________
Daniel George
Assistant United States Attorney

By: ______________________
Simon Gaugush
Assistant United States Attorney
Chief, Economic Crimes Section